IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC JASINSKI**, individually and on behalf of all others similarly situated, | : | |
| Plaintiff, | : | No. 25-cv-1234-JMY |
| | : | |
| vs. | : | |
| | : | |
| **KIA AMERICA, INC.**, | : | |
| Defendant. | : | |

**ORDER**

  **AND NOW**, this 31st day of October, 2025, upon consideration of the *Notice of Motion and Motion to Dismiss* filed by Defendant (ECF No. 21), and all papers filed in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED** in part and **DENIED** in part as follows:

  1. the section of Defendant's Motion to Dismiss in which it argues that the Court should apply the discretionary doctrine of prudential mootness and dismiss this lawsuit is **DENIED** without prejudice;

  2. the section of Defendant's Motion to Dismiss in which it argues that Plaintiff lacks Article III standing to represent a nationwide class or Pennsylvania subclass is **DENIED** without prejudice;

  3. Defendant's Motion to Dismiss for lack of personal jurisdiction is **DENIED**; and

  4. Defendant's Fed. R. Civ. P 12(b)(6) motion to dismiss for failure to identify the specific state law upon which Plaintiff relies will be **GRANTED** and Counts I through V of the Complaint will be dismissed without prejudice.  Plaintiff will be provided with 20 days to file an amended complaint that reasserts common law theories of liability by clearly identifying the state laws upon which Plaintiff seeks to proceed.

2

**IT IS SO ORDERED.**

                                                **BY THE COURT**:

                                                <u>   /s/ John Milton Younge   </u>
                                                Judge John Milton Younge