**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC JASINSKI**, individually and on behalf of all others similarly situated, | : | No. 25-cv-1234-JMY |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **KIA AMERICA, INC.,** | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 20th day of May 2026, upon consideration of the *Notice of Motion and Motion to Dismiss the First Amended Complaint* filed by Defendant (ECF No. 36), and all papers filed in support thereof and in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

**BY THE COURT**:

　　/s/ John Milton Younge
Judge John Milton Younge